AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
6/26/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
6/26/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: clee DEPUTY

United States of America

v.

ROHIT GODARA,
aka "Guru,"
aka "Jai Shri Ram,"
aka "Pawan Kumar,"
aka "Rawata Ram,"

Defendant.

Case No. 2:26-mj-03797-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. Beginning on or about January 25, 2025, and continuing until on or about June 2, 2025, in the county of Los Angeles, in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1951(a) | Conspiracy to Interfere with Commerce by Extortion |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Hannah M. Monroe, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 26, 2026

*Judge's signature*

City and state: Los Angeles, California

Honorable Steve Kim, U.S. Magistrate Judge
*Printed name and title*

AUSA Declan T. Conroy (x2872)

# AFFIDAVIT

I, Hannah M. Monroe, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Rohit Godara, also known as ("aka") "Guru," "Jai Shri Ram," Rawata Das," "Pawan Kumar" and "Rawata Ram" ("GODARA"), for a violation of 18 U.S.C. § 1951(a): Conspiracy to Interfere with Commerce by Extortion.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel, reports, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. All dates, times, and amounts are approximate.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent of the Federal Bureau of Investigation ("FBI"), United States Department of Justice, and have been so employed for approximately ten years. Prior to becoming a Special Agent, I was a Staff Operations Specialist with the FBI for approximately two years. I am currently a

member of the FBI's Transnational Organized Crime squad in Los Angeles, California.

4. Since joining the FBI in 2014, I have received training in the investigation of violations of criminal law, such as drug trafficking, computer-related crimes, and financial fraud, including several hundred hours of formal training at the FBI Training Academy in Quantico, Virginia. During the time that I have been employed by the FBI, I have participated in investigations relating to organized crime, violent crime, home-grown violent extremism, identity theft, and narcotics. I have participated in many aspects of criminal investigations including the issuance of subpoenas, reviewing evidence, conducting electronic and physical surveillance, working with informants, and the execution of search and arrest warrants. Additionally, I have interviewed and/or debriefed informants and other witnesses who had personal knowledge regarding the subject matters of the investigations in which I have been involved, including narcotics trafficking and firearms offenses.

## III. SUMMARY OF PROBABLE CAUSE

5. Between January 2025 and June 2025, the FBI conducted an extortion sting operation in which a confidential informant requested assistance from a known associate of the Lawrence Bishnoi Organized Crime Group (the "Bishnoi OCG") with assistance in collecting a claimed debt of $200,000. The confidential informant provided this contact with the phone number of an undercover law enforcement officer, claiming that the officer was the debtor-target. During the months that

followed, multiple known members and associates of the Bishnoi OCG repeatedly contacted the undercover law enforcement officer demanding payment and threatening violence against the officer if the officer did not pay.

6. One of the individuals who contacted the undercover law enforcement officer was Rohit Godara ("GODARA"), a leader in the Bishnoi OCG. On a recorded call on March 6, 2025, GODARA identified himself as "Rohit Godara", acknowledged that he was working with "Goldy" -- another known leader of the Bishnoi OCG -- told the undercover law enforcement officer "you need to give us the money."

7. On April 10, 2025, the undercover law enforcement officer agreed to make a payment of $100,000 to one of the individuals who had been contacting the officer demanding payment. The parties coordinated the drop-off of bulk cash in a parking lot in Commerce, California later that day. However, instead of paying $100,000 as agreed, law enforcement made a payment of $20,000. The next day, GODARA called the undercover law enforcement officer and stated, among other things, "We are going to kill you. You embarrassed us. We will kill you."[1]

## IV. STATEMENT OF PROBABLE CAUSE

### A. Law Enforcement Identify GODARA as a Member of the Lawrence Bishnoi Organized Crime Group

8. Based on my training and experience, my participation in this investigation, my drafting and review of case reports,

[1] All dates and times are approximate.

including CS debriefs, and my review of recorded encrypted messages and calls, I am aware of the following:

a. For multiple years, the FBI has been investigating a violent organized crime group ("OCG") originating in India but operating in various parts of the world, including the United States, Canada, and Europe. The investigation identified Lawrence Bishnoi ("Bishnoi"), Satinderjeet Singh, also known as ("aka") "Goldy Brar" ("Satinderjeet"), and Rohit Godara ("GODARA") as the organization's principal leaders. Bishnoi directed the operations of the OCG from a jail cell in India, while Satinder was principally responsible for the OCG's operations in North America, and GODARA was principally responsible for the OCG's operations in Europe.

b. The Bishnoi OCG engages in violent criminal activity in each country in which it operates, including the United States. The Bishnoi OCG uses violence to cultivate a climate of fear, in particular in India and among Indian diaspora communities outside of India, that the Bishnoi OCG exploits to extort victims around the world. These acts of violence have included political assassinations, murders, shootings, kidnappings, maimings, and assaults.

c. Members and associates of the Bishnoi OCG routinely contact extortion targets through encrypted applications and demand payment. On these calls, Bishnoi OCG members and associates often threaten to kill or otherwise harm victims or their families, reference prior acts of violence

committed by the Bishnoi OCG, and/or offer victims protection from future acts of violence.

**B. Law Enforcement Conduct an Extortion Sting Operation, During Which Multiple Parties Threaten and Demand Payment from an Undercover Law Enforcement Officer**

9. Based on my participation in this investigation, my drafting and review of case reports, including CS debriefs, and my review of recorded encrypted messages and calls, as well as my discussion with other law enforcement officers, I am aware of the following facts regarding an extortion sting operation conducted by the FBI between January 2025 and June 2025:

a. On or about January 25, 2025, law enforcement directed a confidential source working with the FBI ("CI-1")[2] to contact an associate named "Kang", who CI-1 understood to be a member or associate of the Bishnoi OCG, and ask for assistance with collecting a claimed debt owed to CI-1.

b. On a recorded call, CI-1 told "Kang", in Punjabi, that "there's a guy here, I have a personal problem with him, I need to get money from him." CI-1 further clarified, in Punjabi, that "they're in LA" and that the amount owed is "approximately 100 to 200 thousand."

c. "Kang" responded by noting, in Punjabi, that "what we're going to do, first, is go shoot at them," and that "first they have to be shot at, then we can talk to them." Kang

[2] CI-1 has been an informant since August 2022 and has no criminal convictions. CI-1 was arrested by law enforcement and later charged for possessing over 300 kilograms of methamphetamine and cocaine. The charges were dismissed after CI-1 began cooperating. CI-1 and CI-1's family are also receiving immigration benefits. CI-1 has been paid approximately $10,000 to date.

further stated that he would help CI-1 for the “price” of 16”, which I understand from my training and experience and knowledge of this investigation to be a reference to $16,000.

d. After this call, law enforcement officers filmed a video simulating two individuals driving a car up to a building and firing shots toward the structure. Investigators provided this simulated shooting video to CI-1 for purposes of the extortion scheme. At the direction of law enforcement, CI-1 sent the video to “Kang” on January 29, 2025. CI-1 further provided “Kang” with a phone number to contact, to which “Kang” responded that he would “give them a call.”

e. Unbeknownst to “Kang” and other members of the Bishoni OCG, the phone number that CI-1 provided to “Kang” was not the phone number of an individual who owed CI-1 $100,000 to $200,000 -- it was the phone number of an undercover law enforcement officer (“UC-1”).

f. Beginning on February 5, 2025, UC-1 began receiving calls from multiple parties demanding payment and threatening UC-1 with violence. UC-1 received all of these calls, including the below-described calls from GODARA, while in Los Angeles, California. These calls were recorded, and have been translated from Punjabi.

g. For instance, on February 5, 2025, an individual who identified himself alternatively as “Victor,” “Kala,” and “Vankit” sent UC-1 the simulated video of the shooting and stated, in Punjabi, “if you don’t give me the money, I’ll kill you.” On February 14, 2025, “Victor” once again contacted UC-1,

demanded a $200,000 payment, and stated "you are putting your family in danger."

h. Between February 5, 2025 and April 10, 2025, UC-1 received hundreds of calls regarding money UC-1 purportedly owed. Based on my training and experience, and my knowledge of this investigation, I believe that all of these calls were from members and associates of "Kang" and/or the Bishnoi OCG.[3]

**C. GODARA Contacts the Undercover Law Enforcement Officer and Demands Money**

10. Based on my conversations with CI-1 and UC-1, as well as my review of translations of recorded calls, I understand that, on March 6, 2025, UC-1 received a call over WhatsApp from an individual who identified himself as "Rohit Godara" (i.e., GODARA). On this call, the caller stated, in Punjabi, "I've spoken to Goldy. From now on, you won't get any phone calls," but emphasized that "you need to give us the money."

11. Based on my training and experience, and knowledge of this investigation, I believe the reference to "Goldy" in this call is to "Goldy Brar," who law enforcement understands to be Satinderjeet Singh, the North American leader of the Bishnoi OC. I further believe the fact that the caller referenced "Goldy", was aware of other "phone calls", and made a demand for "money" confirms that this caller was coordinating with Satinderjeet and

[3] Among other things, one of the individuals who repeatedly threatened UC-1 and demanded payment identified himself as "Goldy Brar", who law enforcement understands to be Satinderjeet Singh, the North American leader of the Bishnoi OCG. A voice analysis between the caller who identified himself as "Goldy Brar" and known recordings of Satinderjeet confirmed that the two voices were consistent with each other.

other members of the Bishnoi OCG in their collective efforts to extort UC-1.

12. After law enforcement obtained this recording from "Rohit Godara", a Punjabi speaker compared the voice on this call to known clips of GODARA.[4] The Punjabi speaker confirmed that the voice of "Rohit Godara" on this call was consistent with GODARA's voice.

### D. Law Enforcement Coordinates a Partial Extortion Payment, After Which GODARA Calls the Undercover Law Enforcement Officer and Threatens to Kill Him

13. Based on my conversations with CI-1 and UC-1, as well as my review of translations of recorded calls, I understand that, in March and April of 2025, UC-1 continued to receive calls demanding payment. Among other messages, on April 4, 2025, Satinderjeet[5] left UC-1 a message stating, in Punjabi, "we are also only going to leave you alone if you pay us . . . I don't mess around. I don't know what they are going to do with you. But for me, it'll take me an hour to finish you. Don't get all big. I know who you are. I'm going to get the Mexicans to cut your ears. You'll wish you could wear glasses your entire life afterwards."

---

[4] Members of the Royal Canadian Mounted Police ("RCMP") reviewed recordings within police and open-source holdings where GODARA self-identified during extortion calls to victims where GODARA demanded money. Law enforcement used these recordings as comparisons and positively matched the "Rohit Godara" from the extortion sting operation to the GODARA identified by RCMP. I subsequently located and reviewed an active INTERPOL Red Notice for GODARA which lists his true name, aliases, and biographical details.

[5] Law enforcement identified Satinderjeet as the caller through a voice comparison between the voice of the speaker and known voice clips of Satinderjeet.

14. In furtherance of the investigation, I understand that, on or about April 10, 2025, UC-1 informed "Bhulwan," one of the callers who had called UC-1 demanding money, that UC-1 was ready to make an initial payment of $100,000. UC-1 then coordinated the details of a money drop of $100,000 with "Bhulwan," to take place that same day in Commerce, California.

15. Based on my review of law enforcement reports, conversations with other law enforcement officers, and conversations with UC-1, I understand that, on April 10, 2025, a courier acting at the direction of law enforcement provided a courier acting at the direction of "Bhulwan" or one of "Bhulwan's" associates a bag containing $20,000 in bulk currency, but not the $100,000 that UC-1 and "Bhulwan" had agreed upon.

16. Based on my conversations with UC-1, review of translated call recordings, and review of law enforcement reports, I understand that the next day, UC-1 received a phone call from "Bhulwan." "Bhulwan" stated, in Punjabi, "Rohit Godara is on the phone. Speak to him." After that, an individual whose voice was later determined to match that of GODARA[6] got on the phone and communicated the following, which has been translated from Punjabi: "Listen, you can check with anybody on earth in any corner. I'm making you a promise. We are

[6] Based on my conversations with RCMP investigators, I understand that a Punjabi speaker compared the voice on this call to known clips of GODARA and confirmed that the voice of "Rohit Godara" on this call was consistent with GODARA's voice.

going to kill you. You embarrassed us. We will kill you. They shot at you, but we will kill you."

17. Based on my training and experience, and knowledge of this investigation, I believe that GODARA communicated this threat to UC-1 because UC-1 had made an extortion payment of only $20,000, instead of the agreed-upon payment of $100,000. I further believe that GODARA was aware of the amount of this extortion payment because GODARA was coordinating with others in the attempts to extort UC-1, including "Kang," "Victor," "Bhulwan," Satinderjeet, and the courier who collected the $20,000 extortion payment.

18. Based on my personal participation in the operation and my conversations with other law enforcement officers, I understand that, on or about June 3, 2025, the FBI disconnected UC-1's phone and terminated the extortion sting operation.

//

//

//

## V. CONCLUSION

19. For all of the reasons described above, there is probable cause to believe that GODARA has committed a violation of 18 U.S.C. § 1951(a): Conspiracy to Interfere with Commerce by Extortion.

/s/

Hannah Monroe, Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me
this 26th day of June, 2026.

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE